# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Eric Petry
Acadia Par. Det. Center DOC No. 133247
1061 Capital Ave.
Crowley LA 70526

## REHEARING ACTION: March 25, 2015

**Docket Number: 14   00932-KH**

**STATE OF LOUISIANA**
**VERSUS**
**ERIC PETRY**

**Writ Application from Vermilion Parish Case No. 45855, 43228, 43229**

**BEFORE JUDGES:**

    **Hon. Jimmie C. Peters**
    **Hon. James T. Genovese**
    **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Eric Petry** has this day been

    **DENIED.**

cc: Michael Harson, Counsel for  the Respondent